UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ekoue Dodji Aboussa

    v.                                            Case No. 23-cv-393-LM

US Postal Service et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 18, 2024.

The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: February 7, 2024

cc: Ekoue Dodji Aboussa, pro se
    Counsel of Record